

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

OSCAR OREGEL SR. (01)
NOE GARCIA (02)

No. 4:19-MJ- 161

# CRIMINAL COMPLAINT

I, Richard Martinez, being duly sworn hereby depose and say the following is true and correct to the best of my knowledge and belief:

On or about February 15, 2019, in the Fort Worth Division of the Northern District of Texas, the defendants, **Oscar Oregel Sr.**, and **Noe Garcia**, did knowingly and intentionally possess with intent to distribute four-kilograms of a mixture and substance containing a detectable amount of heroin, a schedule I controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(B) and 18 U.S.C. § 2.

I, Richard Martinez, am a Special Agent with the Drug Enforcement Administration at the Dallas District Office. The statements contained in this Complaint are based in part on my personal observations and knowledge of this investigation, and on information provided by other law enforcement members with the DEA.

1. On February 14, 2019, a Hispanic male identifying himself as **Oscar Oregel, Sr.** called DEA Dallas Field Division Duty Special Agent Chris Slagh in reference to drug trafficking information. On February 15, 2019, **Oregel, Sr.** arrived at the DEA Field Division Office in Dallas, Texas and met with DEA Group Supervisor Joseph Tucker, Special Agent Slagh, and Task Force Officer Seiuli Gordon.

**Complaint - Page 1**

2.    **Oregel, Sr.** stated that he had approximately four kilograms of heroin at his residence that he wished to relinquish custody to DEA Dallas personnel. **Oregel, Sr.** further stated that the courier of the heroin would be at his residence located at [redacted] Grindstone Court in Arlington, Tarrant County, Texas which is located in the Northern District of Texas.

3.    DEA personnel traveled to [redacted] Grindstone Court in Arlington, Texas and met with **Oscar Oregel, Sr.**, Oscar Oregel, Jr. and **Noe Garcia**. **Oregel, Sr.** invited DEA personnel inside the residence. **Oregel, Sr.** relinquished custody of a bag containing four packages containing an off-white powder substance purported to be heroin. **Oregel ,Sr.** also stated that he had a firearm in the residence. **Oregel, Sr.** signed a consent to search form allowing DEA personnel to search his residence. **Oregel, Sr.** informed DEA personnel where the firearm was located; DEA personnel learned that there were actually three firearms inside the residence and secured the firearms.

4.    DEA personnel learned that **Oregel, Sr.** originally had approximately five kilograms of suspected heroin in his possession prior to contacting the DEA. After receiving his Miranda warnings by your affiant, **Oregel, Sr.** agreed to answer questions. **Oregel, Sr.** stated that the previous week, he and **Noe Garcia** traveled from Arlington, Texas to Flagstaff, Arizona and picked up five kilograms of heroin and returned to Arlington, Texas on February 14, 2019. **Oregel, Sr.** stated that while he was in Arlington and prior to contacting DEA, he sold one kilogram of heroin to an unknown Hispanic

**Complaint - Page 2**

male courier from Atlanta, Georgia on February 14, 2019. **Oregel, Sr.** stated that all five kilograms of heroin were to be delivered to Atlanta, Georgia.

5. On February 15, 2019, your affiant administered Miranda warnings to **Noe Garcia**. **Garcia** also agreed to answer questions. **Garcia** stated that he and **Oregel, Sr.** had traveled from Arlington, Texas to Flagstaff, Arizona and picked up five kilograms of an unknown controlled substance and returned to Arlington, Texas. **Garcia** stated that **Oregel, Sr.** was going to pay him $5,000.00 to continue to transport the five kilograms to Atlanta, Georgia.

6. DEA personnel seized approximately four kilograms of an off-white powder substance that was purported to be heroin. DEA personnel conducted a presumptive test on the off-white powder substance, and it tested positive for the presence of heroin.

7. Although I have not listed all the facts regarding this seizure of heroin, I believe that the facts stated here establish probable cause that the defendants have committed a violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) and 18 U.S.C. § 2, possession of a controlled substance with intent to distribute.

_____
Richard Martinez
Special Agent
Drug Enforcement Administration

Sworn to before me and subscribed in my presence, 16th day of February 2019, at 2:46 p.m. in Fort Worth, Texas.

_____
HAL R. RAY, JR.
United States Magistrate Judge

**Complaint - Page 3**